[No. 8624–1–III.  Division Three.  May 17, 1988.]

*In the Matter of the Marriage of* PAULINE A. PARKER, *Respondent, and* RONALD A: PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84-3-00433-1, Howard Hettinger, J., entered April 23, 1987. *Reversed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 8541–4–III.  Division Three.  May 17, 1988.]

*In the Matter of the Marriage of* ISIDRO G. ESPINOZA, *Appellant, and* MARIA V. ESPINOZA, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84-3-01514-7, Bruce P. Hanson, J., entered March 20, 1987. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 8446–9–III.  Division Three.  May 17, 1988.]

*In the Matter of the Marriage of* KENNETH MARVIN HOLDEN, *Appellant, and* EILEEN ROSE BLEDSOE, *Respondent.*

Appeal from a judgment of the Superior Court for Columbia County, No. 11376, Jay R. Jones, J., entered February 12, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.